**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XINGUANG TECHNOLOGY CO. LTD. of SICHUAN PROVINCE,<br><br>        Plaintiff,<br><br>v.<br><br>HYLOFT, INC.,<br><br>        Defendant. | 2:08-cv-1492-LDG-GWF<br><br>**ORDER** |

On October 30, 2013, this court issued a notice to plaintiff regarding intent to dismiss for want of prosecution if no action was taken by November 29, 2013 (#148).  Plaintiff has taken no action.  Further, this action was automatically stayed pursuant to defendant's bankruptcy (#135). In a status conference conducted on March 30, 2012, plaintiff's counsel represented that the bankruptcy is still pending, and pending motions would be renewed once the bankruptcy was resolved (#140).  Finally, on May 29, 2012, the magistrate judge granted plaintiff's counsel's motions to withdraw and ordered plaintiff, as a corporation, to substitute counsel before the automatic stay is lifted or be subject to dismissal of its claims (#147).  Given such circumstances,

THE COURT HEREBY ORDERS that plaintiff shall substitute counsel in this action by January 15, 2014.  Noncompliance with that directive may result in dismissal of this case.

THE COURT FURTHER ORDERS that defendant shall file a statement regarding the status of its bankruptcy by January 15, 2014.

DATED this _____ day of December, 2013.

_____
Lloyd D. George
United States District Judge