# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

XINGUANG TECHNOLOGY CO. LTD.
OF SICHUAN PROVINCE,,

Plaintiff,

v.

HYLOFT, INC.,

Defendant.

Case No. 2:08-cv-01492-LDG (GWF)

**ORDER**

This action was automatically stayed pursuant to defendant's bankruptcy (ECF No. 135). Subsequent to imposition of the stay, the magistrate judge granted plaintiff's counsel's motions to withdraw and ordered plaintiff, as a corporation, to substitute counsel before the automatic stay is lifted or be subject to dismissal of its claims (ECF No. 147). As the plaintiff did not substitute counsel as required, the Court provided the plaintiff a further opportunity to substitute counsel, and further warned plaintiff that noncompliance with that directive may result in dismissal of this case. (ECF No. 149). The plaintiff has not complied; the plaintiff, a corporation, remains unrepresented by counsel.

The Court further directed the defendant to file a statement regarding the status of its bankruptcy. The defendant has not filed such a statement.

Accordingly, for good cause shown,

THE COURT **ORDERS** that this matter is DISMISSED.

DATED this \_\_\_28\_\_\_ day of February, 2018.

_____
Lloyd D. George
United States District Judge